UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Atef Alkhateeb,                                                                    Civ. No. 25-640 (PAM/SGE)

                     Plaintiff,

v.                                                                                        **ORDER**

Kandiyohi County Jail; Warden
of Kandiyohi County Jail; Angie,
Medical Supervisor; Kyra, Jail
Supervisor; Caleb, Jail Officer;
U.S. Immigration and Customs
Enforcement; and U.S. Department
of Homeland Security;

                     Defendants.

_____

        This matter is before the Court on the Report and Recommendation ("R&R") of

United States Magistrate Judge Shannon G. Elkins dated March 7, 2025.  (Docket No. 4.)

The R&R recommends dismissal of the claims against Defendants U.S Immigration and

Customs Enforcement and the U.S. Department of Homeland Security for lack of

jurisdiction, because the United States has not consented to suit.  (Id. at 2.)

        This Court must review de novo any portion of an R&R to which specific objections

are made, but in the absence of objections, the Court reviews the R&R only for clear error.

28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793,

795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for

clear error).  The Court has reviewed the R&R and finds no error, clear or otherwise, in the

Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**; and

2. Plaintiff's claims against Defendants U.S Immigration and Customs Enforcement and the U.S. Department of Homeland Security only are **DISMISSED without prejudice**.

Dated: <u>April 8, 2025</u>                             <u>*s/ Paul A. Magnuson*</u>
                                                  Paul A. Magnuson
                                                  United States District Court Judge